FILED
2007 Nov-19 PM 12:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| WILLIE BROWN, | ) |
| Petitioner, | ) |
| v. | ) CV 07-H-1611-W |
| CHERYL PRICE, Warden; ATTORNEY GENERAL FOR THE STATE OF ALABAMA, ET AL., | ) |
| Respondents. | ) |

MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on October 12, 2007 recommending that the petition for writ of habeas corpus be dismissed. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, the petition for writ of habeas corpus is due to be DISMISSED. A Final Judgment will be entered.

**DONE** this the   19th   day of November, 2007.

_____
SENIOR UNITED STATES DISTRICT JUDGE